IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN HUNT | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO._____ |
| | § | **JURY** |
| EDGUARDO RODRIGUEZ RAMOS | § | |
| and INTERMODAL SUPPORT | § | |
| SERVICES, LLC | § | |
| | § | |
| Defendants | § | |

## NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Cross-Defendant, EDGUARDO RODRIGUEZ RAMOS, ("Ramos" or "Cross-Defendant") hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, removing the above-captioned case to the United States District Court for the Southern District of Texas, Houston Division. The grounds for removal are as follows:

### I. Introduction

1. Plaintiff John Hunt ("Plaintiff" or "Hunt"), at the time this action was commenced, was, and still is, a resident and a citizen of Texas.

2. Cross-Defendant, EDGUARDO RODRIGUEZ RAMOS, at the time this action was commenced, was, and still is, a resident and citizen of Washington.

3. Defendant INTERMODAL SUPPORT SERVICES, LLC, a foreign limited liability company conducts business with its principal place of business in Florida, and at the time this action was commenced, was, and still is, a citizen of Florida.

1

4. Plaintiff claims that on or about June 14, 2015, Plaintiff was stopped at a traffic light when Edguardo Rodriguez Ramos was driving a vehicle for and/or owned by Defendant Intermodal Support Services, LLC, and struck Plaintiff's vehicle. Plaintiff's Original Petition at p. 2. Plaintiff contends that he suffered severe injuries as a result of same. *Id.*

5. As a result of the foregoing, on or about April 27, 2017, Plaintiff commenced a lawsuit in the 80th Judicial District Court of Harris County, Texas, Cause No. 2017-28186, styled *John Hunt v. Edguardo Rodriguez Ramos and Intermodal Support Services, LLC*. *Id.* at p. 1.

6. On December 18, 2017, Defendant Intermodal Support Services, LLC filed a cross-claim against Edguardo Rodriguez Ramos for contribution and indemnity from Ramos, for any and all damages caused by Ramos' alleged negligence.

7. On December 21, 2017, Cross-Defendant Edguardo Rodriguez Ramos was served with Defendant Intermodal Support Services, LLC's Cross-Claim.

## II.  Grounds for Removal

**A.  Complete Diversity of Citizenship Exists Between the Parties and the Amount in Controversy Exceeds $75,000.00**

8. Plaintiff is a citizen and a resident of Texas.

9. Defendant Intermodal Support Services, LLC is a corporation formed under the laws of the State of Florida and primary place of business is in Florida. Pursuant to 28 U.S.C. § 1332(c)(1), Intermodal Support Services, LLC is a citizen of Florida and not a citizen of the State of Texas.

10. Defendant Edguardo Rodriguez Ramos is a citizen and resident of Washington.

11. Plaintiff is seeking damages in excess of $75,000.00. In particular, Plaintiff is seeking a minimum amount of damages in an amount no less than $200,000.00. *See* Plaintiff's Petition at p. 8. Therefore, the amount in controversy exceeds $75,000.00.

**B.      Venue is Proper in This Division and in This District.**

12. Plaintiff filed this action in Harris County, Texas. The Houston Division of the Southern District of Texas encompasses Harris County, Texas. Thus, this district and division embrace the place where the state court action is pending. *See* 28 U.S.C. §1441(a).

### III.  Procedural Requirements for Removal

13. This Notice of Removal is filed within thirty days of the date on which Defendant received the cross-claim. Thus, this Notice of Removal is timely. *See* 28 U.S.C. § 1446(b).

14. Copies of all processes, pleadings, and orders have been filed separately with this Court. *See* 28 U.S.C. § 1446(a).

15. Pursuant to Local Rule 81 of the Southern District of Texas, the following documents are attached to this Notice of Removal: copy of all processes, attached hereto as Exhibit "A"; all pleadings attached hereto as Exhibit "B"; an Index of Matters Being Filed, attached hereto as Exhibit "C"; and a list of all Counsel of Record, including addresses, telephone numbers and parties represented is attached hereto as Exhibit "D".

16. A copy of this Notice of Removal will be filed with the Harris County District Clerk's office promptly and will be served on Plaintiff promptly. *See* 28 U.S.C. § 1446(d); *see also Nixon v. Wheatley*, 368 F. Supp. 2d 635, 640 (E.D. Tex. 2005) (Crone, J).

17. The filing fee has been paid to the Clerk.

### IV. Prayer

18. WHEREFORE, PREMISES CONSIDERED, Defendant **EDGUARDO RODRIGUEZ RAMOS** prays that the above-styled action now pending in the 80th Judicial District Court of Harris County, Texas be removed there from to this Honorable Court.

19. This Notice of Removal is filed subject to and without waiver of any defenses or objections to Plaintiff's Petition as allowed by the Federal Rules of Civil Procedure or by any applicable law.

Respectfully submitted,

**GERMER, PLLC**

By:\_\_\_/s/ Robin N. Blanchette\_\_\_\_
    Troy A. Williams
    State Bar No. 00788678
    Robin N. Blanchette
    State Bar No. 24045509
    America Tower
    2929 Allen Parkway, Suite 2900
    Houston, Texas 77019
    Telephone: (713) 650-1313
    Facsimile: (713) 739-7420
    Email: rblanchette@germer.com

ATTORNEY FOR CROSS-DEFENDANT,
EDGUARDO RODRIGUEZ RAMOS

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing instrument has been duly sent via facsimile and e-serve on January 19 2018 to all counsel of record, as follows:

**Via Facsimile and E-serve**
*Via Facsimile: (713) 650-0027*
Michael A. DeScioli
Bruce C. Gaible
LECLAIRRYAN
1233 West Loop South, Suite 1000
Houston, Texas 77027

*Via Facsimile (281) 333-1814*
John K. Zaid
Joe I. Zaid
JOHN K. ZAID & ASSOC. PLLC
1350 Nasa Parkway, Suite 200
Houston, Texas 77058

                                              ____/s/ Robin N. Blanchette_____
                                              Robin N. Blanchette