United States District Court
Southern District of Texas
**ENTERED**
June 06, 2018
David J. Bradley, Clerk

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS | |

John Hunt, §
　　　　　　　§
　　Plaintiff, §
　　　　　　　§
versus　　　　§　　Civil Action H-18-140
　　　　　　　§
Edwardo Rodriguez Ramos, et al., §
　　　　　　　§
　　Defendants. §

## Conditional Dismissal

1. Having been advised that the parties have reached a settlement, this case is dismissed with prejudice.

2. By July 5, 2018, the parties may move for reinstatement.

3. This court retains jurisdiction to enforce the settlement.

Signed on June 5, 2018, at Houston, Texas.

　　　　　　　　　　　　　　　　　Lynn N. Hughes
　　　　　　　　　　　　　　　United States District Judge