UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
July 09, 2018
David J. Bradley, Clerk

| | | |
|---|---|---|
| John Hunt, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-18-140 |
| | § | |
| Edwardo Rodriguez Ramos, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## Final Dismissal

1. Neither party having moved for reinstatement, this case is dismissed with prejudice.

2. This court retains jurisdiction to enforce the settlement.

Signed on July 9, 2018, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge